IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **In re:** SCOTT HATTRUP<br>　　　　　　　　　　Debtors. | Bankruptcy Case No. 19-21065 |
| SCOTT HATTRUP<br>　　　　　　　　　　Plaintiffs, | |
| vs. | Adversary Case No. 22-06036 |
| ASCENDIUM EDUCATION GROUP and<br>EDUCATION CREDIT MANAGEMENT<br>CORPORATION,<br>　　　　　　　　　　Defendants. | |

### ANSWER OF DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORPORATION TO COMPLAINT

COMES NOW Educational Credit Management Corporation ("ECMC"), by and through its attorneys, N. Larry Bork of Goodell, Stratton, Edmonds & Palmer, L.L.P., and for its Answer to the Adversary Complaint, states and alleges as follows:

1. Any and all allegations contained in the Adversary Complaint which are not specifically admitted are hereby denied.

2. ECMC is without sufficient information or knowledge to admit or deny the allegations contained in paragraphs 1 and 2 of the Adversary Complaint, but does not contest jurisdiction of this Court.

3. As to paragraphs 3 and 4 of the Adversary Complaint, ECMC does not contest jurisdiction or venue.

1

4. Paragraph 5 of the Adversary Complaint deals with the agreement of Mr. Hattrup to abide by the final orders and judgment of the bankruptcy court. ECMC has no position on that paragraph.

5. As to paragraphs 6, 7, 8, 9, 10, 11, 12 and 13 of the Adversary Complaint, ECMC is generally without sufficient information or knowledge to admit or deny the allegations contained therein. It will be issuing discovery to ascertain the truth of the matters asserted. As to paragraph 13, ECMC does admit that Mr. Hattrup has a total balance due to it of $250,769 as of March 16, 2022, including fees and costs created by the defaulted nature of the loans.

6. As to paragraphs 14, 15 and 16 of the Adversary Complaint, ECMC is generally without sufficient information or knowledge to admit or deny the allegations made therein. It does state that as of March 16, 2022, he has a total balance of $250,769 owed to ECMC, based on consolidations that occurred on June 16, 2000. It does appear that from at least 2011 forward, Mr. Hattrup did request forbearances as to both consolidated loans, and that both loans are in default. Finally, Mr. Hattrup has apparently not exercised the options of income driven repayment plans, which would be ideal for the circumstances described in this Adversary Complaint and supports why the student loan debt does not create an undue hardship.

7. ECMC is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 17 of the Adversary Complaint.

WHEREFORE, ECMC requests that the Adversary Complaint be dismissed as against it, that Plaintiff take nothing by his Adversary Complaint, for its costs and expenses incurred herein and for any and all other relief which the Court deems just and equitable.

    /s/ N. Larry Bork  
N. Larry Bork - #11810  
GOODELL, STRATTON, EDMONDS  
 & PALMER, L.L.P.  
515 S. Kansas Avenue  
Topeka, KS 66603  
(785) 233-0593  
Attorneys for ECMC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March 2022, a true and correct copy of the above and foregoing was delivered electronically, upon filing using the CM/ECF or deposited in the United States mail, postage prepaid, addressed to:

Scott G. Hattrup  
14010 W. 94th Terrace  
Lenexa, KS 66215-3133  
Pro Se Debtor

    */s/ N. Larry Bork*  
N. Larry Bork